## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16 B 08084 |
| Richard Bell, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

See attached service list.

Please take notice that on December 3, 2018, at 10:00 a.m. I shall appear before the Honorable Judge Jacqueline P. Cox in Courtroom 680 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent this notice and the attached motion on November 12, 2018, to:

The Chapter 13 Trustee listed above via electronic notice; and
To the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Steve Miljus*___
Attorney for Debtor
The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-08084<br>Northern District of Illinois<br>Chicago<br>Thu Mar 24 09:52:28 CDT 2016 | | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| City of Chicago Department of Revenue<br>121 North LaSalle Street<br>Chicago, IL 60602-1232 | ComEd<br>3 Lincoln Center<br>Bankruptcy Section<br>Oakbrook Terrace, IL 60181-4204 | FINGERHUT/WEBBANK<br>6250 RIDGEWOOD ROAD<br>ST CLOUD, MN 56303-0820 |
| First Loan Financial<br>6421 W North Ave<br>Oak Park, IL 60302-1003 | HARRIS & HARRIS LTD<br>111 W JACKSON BLVD S-400<br>CHICAGO, IL 60604-4135 | IDES Chicago<br>33 S. State St. Rm 1029<br>Chicago, IL 60603-2804 |
| ILDHFS<br>509 S. 6TH STREET<br>SPRINGFIELD, IL 62701-1809 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | MCSI INC<br>PO BOX 327<br>PALOS HEIGHTS, IL 60463-0327 |
| NATIONWIDE CREDIT & CO<br>815 COMMERCE DR STE 270<br>OAK BROOK, IL 60523-8852 | Navient<br>1002 ARTHUR DR<br>LYNN HAVEN, FL 32444-1683 | Navient Solutions, Inc. on behalf of USA Fun<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA  18773-9430 |
| PEOPLES ENGY<br>200 EAST RANDOLPH<br>CHICAGO, IL 60601-6302 | Peoples Gas<br>200 E. Randolph<br>Chicago, IL 60601-6302 | Speedy Cash<br>1931 N. Mannheim Rd<br>Melrose Park, IL 60160-1012 |
| Titlemax<br>12434 Western Avenue #1<br>Blue Island, IL 60406-1647 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Village of Forest Park<br>517 Desplaines Ave<br>Forest Park, IL 60130-1800 |
| Michael A Miller<br>The Semrad Law Firm, LLC<br>20 S. Clark, 28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Richard Bell<br>739 N. Austin Apt 3<br>Chicago, IL 60644-1004 |
| Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Bank
425 Walnut Street
Cincinnati, OH 45202

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24

#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 16 B 08084 |
| Richard Bell, | ) | HON. Jacqueline P. Cox |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, Richard Bell, by and through Debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to modify the confirmed Chapter 13 Plan. Debtor states the following:

1. On March 9, 2016, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On June 20, 2016, this Honorable Court confirmed the Debtor's Chapter 13 Plan of reorganization.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10.00% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $200.00 monthly for 36 months

5. Debtor was unable to afford both regular expenses and his Plan payment. As a result, a default accrued.

6. Debtor is on payroll control and can continue making payments moving forward.

7. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan of reorganization.

8. Debtor is in a position to proceed with the instant case.

9. Debtor has filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order modifying the Debtor's Chapter 13 Plan in order to defer the current plan default to the end of the plan of reorganization; and

B. For such other and further relief as the Court deems fair and proper.

/s/ *Steve Miljus*___
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625