UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Richard Bell<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 16-08084<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the Debtor's current Chapter 13 Plan default is deferred to the end of the plan of reorganization.

2. That the Debtor's Chapter 13 Plan base shall remain the same.

3. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter:    *Jacqueline P. Cox*
          J. Cox

Dated: DEC - 3 2018

United States Bankruptcy Judge

**Prepared by:**
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625

Rev: 20120501_bko